IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:18CR120-1 |
| JACOBO ROZO POSSO | : | |

The Grand Jury charges:

## COUNT ONE

On or about February 5, 2017, in the County of Chatham, in the Middle District of North Carolina, JACOBO ROZO POSSO did employ, use, persuade, induce, entice, and coerce a minor, Minor-1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, and the visual depiction was transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

On or about February 5, 2017, in the County of Chatham, in the Middle District of North Carolina, JACOBO ROZO POSSO, using any facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual 14 years of age, to engage in any sexual activity for which

any person can be charged under North Carolina state law, that is, indecent liberties with a child (N.C.G.S. § 14-202.1); in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

On or about October 4, 2017, in the County of Durham, in the Middle District of North Carolina, JACOBO ROZO POSSO, using any facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual 14 years of age, to engage in any sexual activity for which any person can be charged under North Carolina state law, that is, indecent liberties with a child (N.C.G.S. § 14-202.1); in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

On or about February 5, 2017, in the County of Chatham, in the Middle District of North Carolina, JACOBO ROZO POSSO did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

## COUNT FIVE

On or about March 1, 2018, in the County of Chatham, in the Middle District of North Carolina, JACOBO ROZO POSSO did knowingly possess material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

DATED: March 26, 2018

MATTHEW G.T. MARTIN
Acting United States Attorney

_____
BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

<span style="background:black">████████████████</span>

FOREPERSON