```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACOBO ROZO POSSO,              )
                                )
             Petitioner,        )
                                )
        v.                      )        1:19CV906
                                )        1:18CR120-1
UNITED STATES OF AMERICA,       )
                                )
             Respondent.        )
```

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 23, 2021, was served on the parties in this action. Petitioner filed an objection to the Recommendation. (Doc. 89.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's amended and supplemented motion to vacate, set aside or correct sentence (Doc. 37) be DENIED. A judgment dismissing this action will be entered contemporaneously with this Order. Finding neither a substantial issue for appeal concerning the denial of a constitutional right

affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

                         /s/   Thomas D. Schroeder
                         United States District Judge

July 7, 2021